UNITED STATES of America,
Plaintiff—Appellee,

v.

Owen ODMAN, a/k/a Charles Llewelyn,
Defendant—Appellant.

No. 08–6528.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2008.

Decided: Nov. 14, 2008.

Owen Odman, Appellant Pro Se. Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owen Odman appeals the district court's order granting in part and denying in part relief from a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Odman,* No. 4:96–cr–00053–LHT–1, 2008 WL 706607 (W.D.N.C. Mar. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*